RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE _____
BY _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| RENWICK JACKSON<br>LA. DOC #122349 | CIVIL ACTION NO. 09-0742<br>SECTION P |
| VS. | JUDGE ROBERT G. JAMES |
| WARDEN BILLY HARRISON | MAGISTRATE JUDGE HAYES |

RULING

Pending before the Court is Magistrate Judge Hayes' Report and Recommendation [Doc. No. 4], recommending that Plaintiff Renwick Jackson's ("Jackson") claims be dismissed with prejudice as moot and frivolous pursuant to the provisions of 28 U.S.C. § 1915(e)(2). For the following reasons, and for the reasons set forth in the Report and Recommendation [Doc. No. 4], which the Court ADOPTS, Jackson's claims are DISMISSED WITH PREJUDICE.

In his Objections to the Report and Recommendation [Doc. No. 5], Jackson asserts an equal protection claim. He alleges that similarly situated prisoners were allowed to participate in a choir while he was not. Even if Jackson's equal protection claim is not frivolous, for the reasons set forth in the Report and Recommendation, it is moot.

Monroe, Louisiana, this 26 day of August, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE