RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE _____
BY _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| RENWICK JACKSON LA. DOC #122349 | CIVIL ACTION NO. 09-0742 |
|---|---|
| VS. | SECTION P |
|  | JUDGE ROBERT G. JAMES |
| WARDEN BILLY HARRISON | MAGISTRATE JUDGE HAYES |

### JUDGMENT

For the reasons set forth in this Court's Ruling,

**IT IS ORDERED** that Plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as moot and frivolous in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

**THUS DONE AND SIGNED,** in chambers, in Monroe, Louisiana, on this 26 day of August, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE